UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

EUNG HO MOON

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.
------------------------------------------------------------------X

Docket No.: 08 CV 01990

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF NEW YORK )

    Kathleen M. Campoverde, being duly sworn, deposes and says that I am over the age of 18 years; that I am not a party to this action and reside in Essex County, State of New Jersey.

    That on March 3, 2008, I served the within **SUMMONS IN CIVIL ACTION AND COMPLAINT** on

                Drug Enforcement Administration
                Office of Chief Counsel
                Civil Litigation Section
                Washington, D.C. 20537

                United States of America
                C/o Office of the United States
                Attorney General - Torts Division
                950 Pennsylvania Avenue NW
                Washington, D.C. 20530-0001

via certified mail in a post office box regularly maintained by the United States Government at 140 Broadway, County, City and State of New York, directed to the aforesaid attorneys at the address within the State designated by them for that purpose upon the preceding papers in this action, between which places there, then, was and now is a regular communication by mail.

                                                    Kathleen M. Campoverde

Sworn to before me this
5th day of March, 2008

_____
Notary Public

KRYSTYNA BARANOWSKA
Notary Public, State of New York
No. 01BA5082596
Qualified in Suffolk County
Commission Expires July 28, ~~19~~ 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EUNG HO MOON,                                    Docket No. 08 CV 01990

                    Plaintiff,

  -against-

UNITED STATES OF AMERICA,

                    Defendant.
------------------------------------------------------------x

**Return Receipt 1:**
- Article Addressed to: United States of America, c/o Office of the United States Attorney General - Torts Division, 950 Pennsylvania Avenue NW, Washington, DC 20530
- Service Type: Certified Mail
- Article Number: 7003 2260 0005 9597 4236
- Date of Delivery: MAR 18 2008

**Return Receipt 2:**
- Article Addressed to: Drug Enforcement Administration, Office of Chief Counsel, Civil Litigation Section, Washington DC 20537
- Service Type: Certified Mail
- Article Number: 7003 2260 0005 9597 4229
- Date of Delivery: 3/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
EUNG HO MOON,                                   Docket No. 08 CV 01990

                          Plaintiff,

   -against-                                   **AFFIDAVIT OF PERSONAL SERVICE**

UNITED STATES OF AMERICA,

                         Defendant.
------------------------------------------------------------------x
STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK )

      JEFFREY TISENCHEK, being duly sworn, deposes and says:

      That I am not a party to the above-entitled action, am over 18 years of age and reside in Nassau County, New York.

      That on March 3, 2008 I personally served upon UNITED STATES OF AMERICA a SUMMONS IN A CIVIL ACTION AND COMPLAINT, by personally delivering a true copy thereof to the business address listed thereon and set forth below as follows:

United States of America, Att: Civil Process, 86 Chambers Street, New York, New York 10007

      Receipt of service of the SUMMONS IN A CIVIL ACTION AND COMPLAINT was acknowledged by one "Jane Doe" (refused to provide name), who informed your affiant that she was authorized to accept service of legal papers on behalf of United States of America.

Said individual identified herself as "Jane Doe" (refused to provide name). She is described as Gender: Female; Race: African-American; Hair: Black; Eyes: Brown; Age: approx. 25-30; Height: approx. 5'9"; Weight: approx. 150 pounds.

      Service of the SUMMONS IN A CIVIL ACTION AND COMPLAINT was accomplished at approximately 10:30 A.M. on March 3, 2008, by personal, hand delivery thereof.

                                                  _____
                                                   JEFFREY TISENCHEK

Sworn to before me this
17 day of March, 2008

_____
Notary Public

KRYSTYNA BARANOWSKA
Notary Public, State of New York
No. 01BA5082596
Qualified in Suffolk County
Commission Expires July 28, ~~19~~ 2009