**KELNER AND KELNER**
ATTORNEYS AT LAW
140 BROADWAY
37TH FLOOR
NEW YORK, N.Y. 10005
(212) 425-0700
FAX NO.: (212) 425-0007

June 13, 2008

Hon. William H. Pauley III
District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    Moon, Eung Ho v. United States of America
                  Docket No.: 08 Civ. 1990 (WHP)

Honorable Justice Pauley:

    We write to you as attorneys for plaintiffs in the above matter.

    In a telephone conference held on June 9, 2008, the parties agreed upon the following preliminary discovery schedule with respect to this action arising out a motor vehicle accident on May 30, 2006:

a. Initial disclosures under Rule 26(a) shall be served by July 14, 2008.

b. Requests for production of documents and interrogatories shall be served by July 14, 2008.

c. Depositions of parties shall be completed by September 30, 2008.

d. Discovery demands arising out of depositions shall be served within 30 days of the deposition.

e. Defendant's medical examination of the plaintiff shall be completed by October 20, 2008.

f. Expert reports shall be exchanged by November 15, 2008.

g. Depositions of experts shall be completed by December 30, 2008

Hon. William H. Pauley III
June 13, 2008
-Page Two-

    The parties recognize that this schedule may require modification, in accordance with issues which may arise during discovery.

                                              Respectfully submitted,

                                              KELNER and KELNER, ESQS

                                              Gail S. Kelner (GSK 4967)

cc    John D. Clopper, Esq.
       Assistant United States Attorney
       Southern District of New York
       86 Chambers Street
       New York, New York 10007
       Tel.:(212) 637-2716
       Fax: (212)637-0033

       Office of the Clerk
       United States District Court
       Southern District of New York
       (By Electronic Filing)