USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EUNG HO MOON,                                          :
                                                       :     08 Civ. 1990 (WHP)
                Plaintiff,                 :
                                                       :     SCHEDULING ORDER
      -against-                                     :
                                                       :
UNITED STATES OF AMERICA,                              :
                                                       :
                Defendant.                 :
------------------------------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Counsel having appeared before the Court for an initial pre-trial conference on June 20, 2008, the following schedule is established on consent of the parties:

1. The parties shall complete all fact discovery and any medical examination of Plaintiff by October 20, 2008;

2. The parties shall identify experts and produce initial expert disclosures by October 20, 2008;

3. The parties shall exchange expert reports by November 14, 2008;

4. The parties shall complete expert discovery by December 31, 2008;

5. The parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by January 30, 2009; and

6. A final pre-trial conference shall be held on February 6, 2009 at 10:00 a.m.

Dated: June 26, 2008
      New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

*Counsel of record:*

Gail S. Kelner, Esq.
Kelner and Kelner, Esqs.
140 Broadway, 37th Floor
New York, NY 10005
*Counsel for Plaintiff*

John Dalton Clopper, Esq.
U.S. Attorney's Office
86 Chambers Street
New York, NY 10004
*Counsel for Defendant*