**KELNER AND KELNER**
ATTORNEYS AT LAW
140 BROADWAY
37TH FLOOR
NEW YORK, N.Y. 10005
(212) 425-0700
FAX NO.: (212) 425-0007

July 1, 2008

The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

               Re:    Moon, Eung Ho v. United States of America
                      Docket No.: 08 Civ. 1990 (WHP)

Dear Judge Pauley:

    As you are aware, our firm represents plaintiff Eung Ho Moon in the above-captioned matter. Further to the attorneys' discussion with the Court at the initial conference, plaintiff will consent to proceed before Magistrate Judge Maas in this action. The requisite consent form will be filed with the clerk upon completion by the parties.

    I thank the Court for its attention to the within.

                                      Very truly yours,

                                      Joshua D. Kelner (JK-3303)

JDK/im

cc    John D. Clopper, Esq.
      Assistant United States Attorney
      Southern District of New York
      86 Chambers Street
      New York, New York 10007